UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 09-20491
HON. GEORGE CARAM STEEH

CUSMEER MUHAMMAD,

    Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION FOR
MODIFICATION OF SENTENCE (DOC. #21)

Defendant seeks a reduction of his sentence based upon 18 U.S.C. §3582 (c)(2). On June 14, 2011, defendant was sentenced to prison for a term of 120 months, representing the mandatory statutory minimum sentence for his offense of conviction. Accordingly, he is ineligible for the sentence reduction he seeks.

Therefore, defendant's motion is DENIED.

Dated: August 16, 2011

                S/George Caram Steeh
                GEORGE CARAM STEEH
                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 16, 2011, by electronic and/or ordinary mail and also to Cusmeer Muhammad at Federal Correctional Institution, P.O. Box 5000, Pekin, IL 61555.

S/Josephine Chaffee
Deputy Clerk