| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | U. S. Probation Office Eastern District of Michigan | PACTS 30939 | DATE 11/04/2019 |
|---|---|---|---|---|
| **NAME** MUHAMMAD, Cushmeer | **OFFICER** Katherine M. Maidment | **JUDGE** George Caram Steeh, III | | **DOCKET #** 09-CR-20491-01 |

| ORIGINAL SENTENCE DATE 06/14/2010 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY VI | TOTAL OFFENSE LEVEL 34 | PHOTO |
|---|---|---|---|---|
| COMMENCED 05/16/2018 | | | | |
| EXPIRATION 05/15/2023 | | | | |

| ASST. U.S. ATTORNEY Julie Beck | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. §§ 841(a)(1) and 2, Possession With Intent to Distribute 50 Grams or More of a Controlled Substance (Crack Cocaine)

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 120 months, to be followed by a five-year term of supervised release.

Amended Sentence: July 14, 2010 – Correction of Sentence Clerical Mistake (Fed.R.Crim.P.36). Offense ended date changed. All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
2. The defendant shall be lawfully and gainfully employed on a full-time basis, or shall be seeking such lawful, gainful employment on a full-time basis. "Full-time" is defined as 40 hours per week. In the event that the defendant has part-time employment, he shall devote the balance of such 40 hours per week to his efforts of seeking additional employment.

Criminal Monetary Penalty: Special Assessment $100.00. (Paid)

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | U. S. Probation Office Eastern District of Michigan | PACTS 30939 | DATE 11/04/2019 |
|---|---|---|---|---|
| NAME MUHAMMAD, Cushmeer | | OFFICER Katherine M. Maidment | JUDGE George Caram Steeh, III | DOCKET # 09-CR-20491-01 |

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** 'THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On July 23, 2018, a Walgreens drug store pharmacy in Taylor, Michigan, was burglarized. The burglary involved stealing medication from the pharmacy and three suspects were believed to be involved.<br><br>Two suspects could not be identified by Taylor police. A drop of blood was found at the crime scene and pursuant to DNA testing, MUHAMMAD was identified by Taylor police on January 29, 2019.<br><br>On October 22, 2019, the Wayne County Prosecutor authorized a two count Complaint charging MUHAMMAD with Count 1, Breaking and Entering a Building With Intent, a 10-year statutory maximum; Count 2, Larceny in a Building, a four-year statutory maximum penalty with the addition of a Habitual Offender-third offense, docket number 2019713148. A court date of November 4, 2019, is scheduled in the 23rd District Court, Taylor, Michigan. |
| 2 | **Violation of Mandatory Condition:** 'THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On June 30, 2019, at approximately 12:55 a.m. deputies of the Washtenaw County Sheriff's office attempted a traffic stop on a vehicle with expired plates. The vehicle pulled to the right shoulder and as police were halfway to the vehicle, the driver placed the vehicle into gear and fled the scene. Police activated their lights and pursued the fleeing vehicle, reaching speeds of 112 miles per hour on the highway. Police lost sight of the vehicle when it exited US 23 and were unable to locate the vehicle afterwards. MUHAMMAD was identified as the driver, however, denied any involvement in the offense.<br><br>The vehicle was registered to MUHAMMAD's girlfriend, Erise Phelan. On the morning of June 30, 2019, Phalen was contacted by MUHAMMAD and advised the vehicle had been stolen in the early morning hours of June 30, 2019. A stolen vehicle report was then filed.<br>Formal charges were filed against MUHAMMAD on September 12, 2019, for Fleeing and Eluding 4th Degree in the 14A1 District Court docket 19F2-1573FT. His next scheduled court date is scheduled for November 14, 2019. |
| 3 | **Violation of Mandatory Condition:** 'THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 30939 | DATE 11/04/2019 |
|---|---|---|---|---|
| **NAME** MUHAMMAD, Cushmeer | | **OFFICER** Katherine M. Maidment | **JUDGE** George Caram Steeh, III | **DOCKET #** 09-CR-20491-01 |

| | |
|---|---|
| | On May 20, 2019, MUHAMMED was arrested by troopers of the Michigan State Police after a traffic stop was conducted for tinted windows.  A pat search was conducted and revealed approximately two grams of cocaine and approximately $2,800.00. MUHAMMAD attempted to discard the controlled substance by dropping it on the ground and trying to crush it with his foot. He has been charged in the 14A-2 District Court for Count. 1, Controlled Substance Delivery/Manufacture Under 50 Grams, and Count 2, Police Officer-Assaulting, Resisting or Obstructing under docket number 19F2-0867FY.  Court proceedings in this matter are pending. |
| 4 | **Violation of Mandatory Condition:** "THE DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER AS DETERMINED BY THE COURT. REVOCATION OF SUPERVISED RELEASE IS MANDATORY FOR POSSESSION OF A CONTROLLED SUBSTANCE." |
| | Pursuant to a home visit conducted on May 8, 2019, MUHAMMAD tested positive for marijuana, however, denied any use. The sample was submitted to Alere Laboratories and was returned positive for marijuana. |
| | On July 2, 2019, MUHAMMAD reported to the probation office and tested positive for marijuana.  He admitted to marijuana use the last week of May 2019. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Katherine M. Maidment/ljc 734-741-2307 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Ann R. Smith 734-741-2076 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X]   The Issuance of a Summons.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | U. S. Probation Office<br>Eastern District of Michigan | PACTS<br>30939 | DATE<br>11/04/2019 |
|---|---|---|---|---|
| NAME<br>MUHAMMAD, Cushmeer | OFFICER<br>Katherine M. Maidment | | JUDGE<br>George Caram Steeh, III | DOCKET #<br>09-CR-20491-01 |

[ ]   Other

*s/George Caram Steeh*
United States District Judge

11/6/2019
Date